| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   CCS Asset Management, INc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 6 – 4 0 0 1 0 4 0

4. **Debtor's address**

   **Principal place of business**
   
   **111 Congress, 4th Floor**  
   Number    Street
   
   _____
   
   **Austin**        **TX**    **78701**  
   City         State   ZIP Code
   
   **Travis**  
   County

   **Mailing address, if different from principal place of business**
   
   _____  
   Number    Street
   
   _____  
   P.O. Box
   
   _____  
   City         State   ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____  
   Number    Street
   
   _____
   
   _____  
   City         State   ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**    
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **CCS Asset Management, INc.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __3__ __7__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **CCS Asset Management, INc.**　　　　Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    　　　　District _____ When _____
    　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known _____

    　　　　Debtor _____ Relationship _____
    　　　　District _____ When _____
    　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　Number　Street
    　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　City　　　　　State　　ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
    　　　　Contact name _____
    　　　　Phone _____

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor **CCS Asset Management, INc.**     Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/03/2021**
MM / DD / YYYY

X **/s/ Anthony Sheridan** _____
Signature of authorized representative of debtor
**Anthony Sheridan**
Printed name
**Vice-President**
Title

Debtor **CCS Asset Management, INc.**      Case number (if known) _____

**18. Signature of attorney**     X **/s/ Stephen W. Sather**     Date **05/03/2021**
Signature of attorney for debtor      MM / DD / YYYY

**Stephen W. Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expwy., Suite 400**
Number     Street

**Austin**     **TX**     **78731**
City     State     ZIP Code

**(512) 476-9103**     **ssather@bn-lawyers.com**
Contact phone     Email address

**17657520**     **TX**
Bar number     State

**Fill in this information to identify the case:**

Debtor name: **CCS Asset Management, INc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Round Rock Utility<br>221 E. Main Street, Ste 221<br>Round Rock, TX 78664 | | Utilities-Electric | | | | $0.00 |
| 2 | Daniel Webber<br>2423 S. Bell Blvd, Ste A<br>Cedar Park, TX 78613 | | Judgment | | | | $0.00 |
| 3 | Brandy & Steve Jones<br>137 PR 928<br>Rochelle TX 76872 | | Unsecured Second Lien | | | | $0.00 |
| 4 | Austin Energy<br>PO Box 2267<br>Austin, TX 78768 | | Utilities-Electric | | | | $0.00 |
| 5 | Arletha Cas, Independent Executor | | Suit | | | | $0.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor    **CCS Asset Management, INc.**                              Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  4709 Incorprated dba Midtown Live 13276 N. Highway 183, Suite 208 Austin, TX 78750-3241 | | Assumption Deed | | | | $0.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims           page 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **CCS Asset Management, INc.**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/3/2021      Signature  */s/ Anthony Sheridan*
*Anthony Sheridan*
*Vice-President*

Date      Signature

```
4709 Incorprated dba Midtown Live
13276 N. Highway 183, Suite 208
Austin, TX 78750-3241


AC Credit
PO Box 65056
Lubbock, TX 79464


AEL Captial
1301 SW 25th ST, Suite 510
Austin, TX 78705


Almagen
7801 Chimney Corners
Austin, TX 78759


Arletha Cas, Independent Executor



Austin Energy
PO Box 2267
Austin, TX 78768


Austin Revitalization Authority
1154 Lydia Street, Ste 200
Austin, TX 78702


Beck & Company
8403 Shoal Creek Blvd #100
Austin TX 78757


Brandy & Steve Jones
137 PR 928
Rochelle TX 76872
```

```
Daniel Webber
2423 S. Bell Blvd, Ste A
Cedar Park, TX 78613


Home Tax Solutions
4849 Greenville Ave
Tower Two, Suite 1620
Dallas, TX 75206


Hunter Kelsey of Texas
7200 N. MoPac Expressway, Ste 120
Austin TX 78731


Island Investor Group, LLC
8614 Cedarspur Drive
Houston TX 77055


Island on Lake Travis Condominium
3404 American Drive
Lago Vista TX 78645


John and Susan Hoberman
7801 Chimney Corners
Austin, TX 78731


Kemp Gorthey
The Gorthey Law Firm
604 W. 12th
Austin, TX 78701


Leaf Capital Funding
420 Throckmorton, Ste 1210
Ft. Worth TX 76102


Round Rock Utility
221 E. Main Street, Ste 221
Round Rock, TX 78664
```

```
Travis Co. Tax Assessor-Coll
P.O. Box 149328
Austin, Texas 78714


Travis County
% Travis Co. Atty's Office
P.O. Box 1748
Austin, Texas 78767


Victoria Square Condominium
2600 Penny Lane
Austin, TX 78702
```