| Fill in this information to identify the case: |
| --- |

Debtor name        CCS Asset Management, Inc.
_____

United States Bankruptcy Court for the:        Western District of Texas
_____
                                                (State)
Case number (If known):      21-10355
                        _____

☒ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................   $ __2,961,773.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................   $ __98,689.45__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................   $ __3,060,462.45__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............   $ __735,661.19__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................   $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................   +$ __769,031.00__

4. **Total liabilities** ...............................................................................................................   $ __1,504,692.19__
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | CCS Asset Management, Inc. |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 21-10355 |

☒ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**2.** **Cash on hand** | | | _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 **JP Morgan Chase Bank** | **Checking account** | 6183 | $4,008.57 |
| 3.2 **JP Morgan Chase Bank** | **Checking account** | 7598 | $0.11 |

**4.** **Other cash equivalents** *(Identify all)*
**None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $4,008.68

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**None**

| Debtor | **CCS Asset Management, Inc.** | Case number *(if known)* | **21-10355** |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 **Barron & Newburger P.C.** _____ **$5,000.00**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81. **$5,000.00**

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts Receivable**

11a. 90 days old or less: **$38,680.77** − **$0.00** = ······ → **$38,680.77**
face amount     doubtful or uncollectible accounts

11b. Over 90 days old: **$75,351.37** − **$75,351.37** = ······ → **$0.00**
face amount     doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$38,680.77**

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:          % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| Debtor | **CCS Asset Management, Inc.** | Case number *(if known)* | **21-10355** |
|---|---|---|---|
| | Name | | |

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

**None**

20. **Work in progress**

**None**

21. **Finished goods, including goods held for resale**

**None**

22. **Other inventory or supplies**

**None**

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

   None

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31.  Farm and fishing supplies, chemicals, and feed**

   None

**32.  Other farming and fishing-related property not already listed in Part 6**

   None

**33.  Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**

   ☑No

   ☐Yes. Is any of the debtor's property stored at the cooperative?

       ☐No
       ☐Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑No
   ☐Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑No
   ☐Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑No
   ☐Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐No. Go to Part 8.
   ☑Yes. Fill in the information below.

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| 39.1 Office furniture | $7,500.00 | Owner Estimate | $1,000.00 |
| **40.** Office fixtures | | | |
| **None** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| **None** | | | |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                          $1,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **None** | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| Debtor | **CCS Asset Management, Inc.** | | Case number *(if known)* | **21-10355** |
|---|---|---|---|---|
| | Name | | | |

**None**

49. **Aircraft and accessories**

   **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   50.1 **Three (3) Air-conditioning Units at 7400 Cameron**  (Unknown)  (Unknown)

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.  **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| 55.1 **7400 Cameron Road**<br>7400 Cameron Road Austin, TX 78752 | Fee Simple | (Unknown) | Tax Appraisal | $2,701,511.00 |
| 55.2 **Victoria Square Condo**<br>2600 Penny Lane #206 Austin, TX 78757 | Fee Simple | (Unknown) | Tax Appraisal | $170,158.00 |
| 55.3 **Island on Lake Travis Condo**<br>3404 American Drive #3112 Largo Vista, TX 78645 | Fee Simple | (Unknown) | Tax Appraisal | $90,104.00 |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.  **$2,961,773.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

---

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

   None

61. **Internet domain names and websites**

   None

62. **Licenses, franchises, and royalties**

   None

63. **Customer lists, mailing lists, or other compilations**

   None

64. **Other intangibles, or intellectual property**

   None

65. **Goodwill**

   None

66. **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.                                     $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **CCS Asset Management, Inc.** | Case number *(if known)* | **21-10355** |
|---|---|---|---|
| | Name | | |

---

## Part 11: All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

71.1 **Second Lien Notes Receivable made by** **Robert Sheridan**   $250,000.00 (Total face amount)   −   $250,000.00 (doubtful or uncollectible amount)   ⇒ →   **$0.00**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 **Net Operating Losses**   Tax year: **2020**   **(Unknown)**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 **AEL Capital excess proceeds from foreclosure**   **(Unknown)**

Nature of Claim   **Claim for equity in property**

Amount Requested   **(Unknown)**

**Additional Page Total** - *See continuation page for additional entries*   **$0.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

76.1 **Rents held by Receiver**   **$50,000.00**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   **$50,000.00**

| Debtor | **CCS Asset Management, Inc.** | Case number *(if known)* | **21-10355** |
| | Name | | |

---

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | CCS Asset Management, Inc. | | Case number *(if known)* | 21-10355 |
|---|---|---|---|---|
| | Name | | | |

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,008.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $38,680.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................... | → | $2,961,773.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column......  91a. | $98,689.45 | + 91b. $2,961,773.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......................................................................................... | | $3,060,462.45 |

| Debtor | **CCS Asset Management, Inc.** | Case number *(if known)* | **21-10355** |
|--------|-------------------------------|--------------------------|--------------|
|        | Name                          |                          |              |

## ■ Additional Page

|  | Current value of debtor's interest |
|--|------------------------------------|

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** - *Continued*

74.2 **Claim Against Almagen**

**Nature of Claim**    **Restitution**

**Amount Requested**    **(Unknown)**                                                    **(Unknown)**

74.3___ Claim against 4709 Incorporated

Nature of Claim    Subrogation/Restitution for Payments of Secured Debt (if Deed avoided)

Amount Requested  $300,000+                                                               (Unknown)

| Fill in this information to identify the case: |
| --- |
| Debtor name          CCS Asset Management, Inc. |
| United States Bankruptcy Court for the: |
| Western District of Texas |
| Case number (if known):      21-10355 |

☒ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Creditor's name**<br>AC Credit | **Describe debtor's property that is subject to a lien**<br>Three (3) Air-conditioning Units at 7400 Cameron | $33,000.00 | unknown |
| **Creditor's mailing address**<br>PO Box 65056<br>Lubbock, TX 79464 | **Describe the lien**<br>Credit Agreement |  |  |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes. |  |  |
| **Date debt was incurred** 8/2017; 7/2018; 8/2018 | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). |  |  |
| **Last 4 digits of account number**  2  0  1  8 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| **Do multiple creditors have an interest in the same property?**<br>☒ No.<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. |  |  |  |
| **Remarks:** Dates 8/31/2017; 7/26/2018; 8/17/2018 |  |  |  |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $735,661.19

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim* | *Value of collateral that supports this claim* |
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

**Creditor's name**

Almagen

_____

**Creditor's mailing address**

7801 Chimney Corners

_____

Austin, TX 78759

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 02/27/2017; 03/26/2018

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Victoria Square Condo**
**2600 Penny Lane #206 Austin, TX 78757**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Travis County

    2) Victoria Square Condominium

    3) Buttross V, Inc.

    4) **Almagen**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Island on Lake Travis Condo**
**3404 American Drive #3112 Largo Vista, TX 78645**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Travis County

    2) Home Tax Solutions

    3) Island on Lake Travis Condominimum

    4) **Almagen**

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Victoria Square Condo
2600 Penny Lane #206 Austin, TX 78757

Island on Lake Travis Condo
3404 American Drive #3112 Largo Vista, TX 78645

**Describe the lien**

Agreement

_____

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☑ No.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

| $130,000.00 | $260,262.00 |

**Remarks:** Lien Penny Lane Condo - 3/26/2018 Lien Island LT Condo - 02/27/2017. Funds used to pay 4709 Incorporated taxes.

---

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

| | | |
| --- | --- | --- |
| | $70,000.00 | $2,701,511.00 |

**2.3**

**Creditor's name**
Austin Revitalization Authority

**Creditor's mailing address**
1154 Lydia Street

Austin, TX 78702

**Creditor's email address, if known**

**Date debt was incurred**  03/03/2021

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
1) Travis County
2) Home Tax Solutions
3) FNA DZ, LLC
4) John and Susan Hoberman
**5) Austin Revitalization Authority**

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
7400 Cameron Road
7400 Cameron Road Austin, TX 78752

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

**Part 1:** **Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**

**Creditor's name**

Buttross V, Inc.

**Creditor's mailing address**

7901 Cameron Road, Building 3 STE 100

Austin, TX 78763

**Creditor's email address, if known**

_____

**Date debt was incurred** ____10/21/2013____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines ____2.2____

**Describe debtor's property that is subject to a lien**

Victoria Square Condo
2600 Penny Lane #206 Austin, TX 78757

**Describe the lien**

  Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes.

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

|  | unknown | $170,158.00 |
|---|---|---|

**Remarks:** The maturity date was 3/1/2015 and thus limitations to enforce the lien and not is no longer enforceable to the extent that any liability remains.

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5**

**Creditor's name**

FNA DZ, LLC

**Creditor's mailing address**

3432 Greystone Drive STE 100

Austin, TX 78731

**Creditor's email address, if known**

**Date debt was incurred**     02/09/2017

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines     2.3

**Describe debtor's property that is subject to a lien**

7400 Cameron Road
7400 Cameron Road Austin, TX 78752

**Describe the lien**

Tax Lien Loan  by 4709 Incorporated (previous owner of property)

**Is the creditor an insider or related party?**

☑ No
☐ Yes.

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

$110,705.93

$2,701,511.00

**Remarks:** Incurred by 4709 Incorporated to refinance tax loans. Debtor has no liability under underlying note. Disputes also include whether limitations has expired under the note.

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

| **2.6** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $142,171.57 | $2,791,615.00 |

**Creditor's name**
Home Tax Solutions

**Describe debtor's property that is subject to a lien**
7400 Cameron Road
7400 Cameron Road Austin, TX 78752

Island on Lake Travis Condo
3404 American Drive #3112 Largo Vista, TX 78645

**Creditor's mailing address**
4849 Greenville Ave, Tower Two STE 1620
Dallas, TX 75206

**Describe the lien**
Tax Lien Loan

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred**    06/07/2019

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**For Asset:**
**7400 Cameron Road**
**7400 Cameron Road Austin, TX 78752**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.3____

**For Asset:**
**Island on Lake Travis Condo**
**3404 American Drive #3112 Largo Vista, TX 78645**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.2____

**Remarks:** Lien on Cameron Road  Property and Island on Lake Travis Condo. Contingent and unliquidated because amount partially satisfied by foreclosure on Tyler, Texas property.

| Debtor | CCS Asset Management, Inc. | Case number (if known) | 21-10355 |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7**

**Creditor's name**

Island on Lake Travis Condominimum

**Creditor's mailing address**

3404 American Drive

Leander, TX 78645

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.2

**Describe debtor's property that is subject to a lien**

Island on Lake Travis Condo
3404 American Drive #3112 Largo Vista, TX 78645

**Describe the lien**

COA Dues

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown
Column B: $90,104.00

**2.8**

**Creditor's name**

John and Susan Hoberman

**Creditor's mailing address**

7801 Chimney Corners

Austin, TX 78731

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.3

**Describe debtor's property that is subject to a lien**

7400 Cameron Road
7400 Cameron Road Austin, TX 78752

**Describe the lien**

Agreement  by 4709 Incorporated (previous owner)

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

Column A: $0.00
Column B: $2,701,511.00

| Debtor | CCS Asset Management, Inc. | Case number *(if known)* | 21-10355 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Remarks:** 4709 Incorporated liable on debt. Notes made by 4709 Incorporated on 9/9/2011 ($1,100,000); 6/5/2012 ($150,000); 9/5/2013 ($100,000). Debtor asserts that the statute of limitations has run to enforce the liens.

---

**2.9**

**Creditor's name**

Travis County

**Creditor's mailing address**

PO Box 149328

Austin, TX 78714

**Creditor's email address, if known**

**Date debt was incurred**  1/2019; 1/2020; 1/2021

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    **For Asset:**
    **7400 Cameron Road**
    **7400 Cameron Road Austin, TX 78752**

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  2.3

    **For Asset:**
    **Victoria Square Condo**
    **2600 Penny Lane #206 Austin, TX 78757**

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  2.2

    **For Asset:**
    **Island on Lake Travis Condo**
    **3404 American Drive #3112 Largo Vista, TX 78645**

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

7400 Cameron Road
7400 Cameron Road Austin, TX 78752

Victoria Square Condo
2600 Penny Lane #206 Austin, TX 78757

Island on Lake Travis Condo
3404 American Drive #3112 Largo Vista, TX 78645

**Describe the lien**

Ad Valorem Property Taxes  - 2019, 2020, 2021

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$249,783.69      $2,961,773.00

---

**Remarks:** Proof of Claim filed. For Cameron Road Property: 2019 - $84,298.37; 2020 - $84,742.66; 2021 - $82,742.66. The 2021 amounts are not yet due.

| Debtor | CCS Asset Management, Inc. | | Case number *(if known)* | 21-10355 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | | *Column A* | *Column B* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.10**

**Creditor's name**

Victoria Square Condominium

**Creditor's mailing address**

2600 Penny Lane

Austin, TX 78757

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines ___2.2___

**Describe debtor's property that is subject to a lien**

Victoria Square Condo
2600 Penny Lane #206 Austin, TX 78757

**Describe the lien**

COA Dues

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: unknown

Value of collateral: $170,158.00

| Debtor | CCS Asset Management, Inc. | Case number (if known) | 21-10355 |
|---|---|---|---|
| | Name | | |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jenkins & Young P.C.<br>PO Box 420<br>Lubbock, TX 79408 | Line ___2.1___ | ___ ___ ___ ___ |
| Hunter Kelsey of Texas<br>7200 N. MoPac Expressway STE 120<br>Austin, TX 78731 | Line ___2.6___ | ___ ___ ___ ___ |
| Burns Anderson Jury & Brenner, L.L.P.<br>Attn: Davis Brenner<br>P.O. Box 26300<br>Austin, TX 78755 | Line ___2.8___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | CCS Asset Management, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known) | 21-10355 |

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred <br> _____ | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred <br> _____ | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred <br> _____ | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor  CS Asset Management, Inc.                                                    Case number (*if known*)  21-10355
_____
Name

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
4709 Incorporated dba Midtown Live
13276 N. Highway 183
Suite 208
Austin, TX, 78750-3241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Claims asserted by Arletha Cash in probate litigation.

Date or dates debt was incurred    2018
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Arletha Cash, Executor
c/o Kemp Gorthey
604 W. 12th Street
Austin, TX, 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Claims asserted by Arletha Cash in probate litigation

Date or dates debt was incurred    2018
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Austin Energy
PO Box 2267
Austin, TX, 78768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Utility Services not paid by Receiver

Date or dates debt was incurred    7/2020 - Petition Date
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Bank of America
100 N. Tryon Street
Charlotte, NC, 28255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 3,000.00

**Basis for the claim:** Bank fees

Date or dates debt was incurred    07/2020
Last 4 digits of account number    0211

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Brandy & Steve Jones
137 PR 928

Rochelle, TX, 76872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 700,000.00

**Basis for the claim:** Litigation re deficiency balance (no claim asserted re Debtor)

Date or dates debt was incurred    09/2020 (litigation filed)
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Central Texas Refuse
PO Box 18685
Austin, TX, 78760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Trash Services not paid by Receiver

Date or dates debt was incurred    7/2020 - Petition Date
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor SCS Asset Management, Inc.
_____
Name

Case number *(if known)* 21-10355

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** Nonpriority creditor's name and mailing address

Ecolab
8620 N. Braunfels Ave #555
San Antonio, TX, 78217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ Unknown

Basis for the claim: Suppliers or Vendors. Debtor disputes that it is the liable party.

Date or dates debt was incurred    10/2019

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Farmers Insurance
PO Box 2847
Grand Rapids, MI, 49501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

Basis for the claim: Insurance

Date or dates debt was incurred    2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

First Central Lending, Inc
111 Congress, 4th Floor
Austin, TX, 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

Basis for the claim: Monies Loaned / Advanced ; Insider transaction.

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Guardian Power and Water
PO Box 163488
Columbus, OH, 43216

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.00

Basis for the claim: Utility Services for Island Lake Travis Condo.

Date or dates debt was incurred    4/2021

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Jason & Shannon Tyiska
c/o B. Diane Heindel
PO Box 7792
Tyler, TX, 75711

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

Basis for the claim: Litigation pending before County Court of Law No. 2 Smith Co., TX

Date or dates debt was incurred    5/2020 (process served)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | GC3 Asset Management, Inc. | Case number (if known) | 21-10355 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Kelli Williams
c/o Webb & Webb
2028 E Ben White Blvd STE 425
Austin, TX, 78741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ <u>Undetermined</u>

**Basis for the claim:** Claim asserted in litigation before Williamson County District Ct.

Date or dates debt was incurred  9/2017 (petition filed)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Michael Richardson
c/o Webb & Webb
2028 E Ben White Blvd STE 425
Austin, TX, 78741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ <u>Undetermined</u>

**Basis for the claim:** Claim asserted in litigation before Williamson County District Ct. Same litigation asserted in 3.12.

Date or dates debt was incurred  9/2017 (petition filed)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Public Storage
701 Western Ave
Glendale, CA, 91201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ <u>Unknown</u>

**Basis for the claim:** Storage unit rented prepetition; property sold by creditor prepetition.

Date or dates debt was incurred  7/2020

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

Round Rock Utility
221 E. Main Street STE 221
Round Rock, TX, 78664

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ <u>5,000.00</u>

**Basis for the claim:** Utility services related to foreclosed property at 910 Round Rock; Possible affiliate liability

Date or dates debt was incurred  7/2020 - Petition Date

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Scoutsview Sports
c/o Webb & Webb
2028 E Ben White Blvd STE 425
Austin, TX, 78741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ <u>Undetermined</u>

**Basis for the claim:** Claim asserted in litigation before Williamson County District Ct. Same litigation asserted in 3.12.

Date or dates debt was incurred  09/2017 (petition filed)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor UCS Asset Management, Inc.
_____
Name

Case number (if known) 21-10355
_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

Smokey Creek Cajun Bar & Grill
910 Round Rock Ave
Round Rock, TX, 78681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,000.00

**Basis for the claim:** Monies Loaned / Advanced for BNPC retainer; Insider transaction

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.18 Nonpriority creditor's name and mailing address**

Stream Energy
PO Box 650261
Dallas, TX, 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 1,100.00

**Basis for the claim:** Utility Services at foreclosed property 910 Round Rock; Possible Affiliate liablity.

Date or dates debt was incurred 4/2020

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**

UCS, Ltd
13276 Research Blvd, STE 101
Austin, TX, 78750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,000.00

**Basis for the claim:** Lease of office space

Date or dates debt was incurred 03/2020 to Petition Date

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

Virgilio Alvarado and Yojana Alvarado-Castillo
c/o Levantino Pace PLLC
1101 S. Capital of Texas Hwy., Bld K STE 125
Austin, TX, 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 38,631.00

**Basis for the claim:** Litigation re security deposit in Travis County Court of Law No. 2.

Date or dates debt was incurred 6/2019 (according to pet.)

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___CSS Asset Management, Inc.___
         Name

Case number (if known) ___21-10355___

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Anthony Sheridan<br>13276 Research Blvd Suite 209<br>Austin, TX, 78750 | Line 3.17<br>☐ Not listed. Explain: | _____ |
| 4.2. | Kemp Gorthey<br>The Gorthey Law Firm<br>604 W. 12th<br>Austin, TX, 78701 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    QSS Asset Management, Inc    Case number (*if known*)    21-10355

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 769,031.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 769,031.00 |